BONNER & BONNER, INC., Respondent-Appellant, v. H. AUSTIN LEANDER, Appellant-Respondent.— Order unanimously affirmed, without costs, with leave

to plaintiff to serve an amended complaint within ten days after service of the order, with notice of entry thereof. (See *Elsfelder* v. *Cournand,* 270 App. Div. 162, 165.) Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.